# Court of Appeals
# of the State of Georgia

ATLANTA, August 01, 2023

*The Court of Appeals hereby passes the following order*

## A23I0263. FORSYTH COUNTY, GEORGIA v. 0.134 ACRES OF FEE SIMPLE RIGHT OF WAY et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

22CV0640



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, August 01, 2023.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.